# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0418. RONNIE LYNN CAMPBELL v. THE STATE.**

In 2007, Ronnie Campbell pled guilty to statutory rape and other offenses. He was sentenced to 20 years with the first 5 years to be served in confinement. In 2024, the State filed a motion to revoke his probation, which the trial court granted. Campbell then filed this direct appeal. We, however, lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 340 Ga. App. 101, 102 (796 SE2d 487) (2017). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Campbell's failure to follow the proper procedure deprives us of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/13/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*